IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMANDA CRAVEN,

    Plaintiff,

  v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

Case No. 16-cv-53-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant and dismissing this case.

| /s/ | 4/1/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |