No. 16-cv-53-wmc

IN THE UNITED STATES
DISTRICT COURT FOR
THE WESTERN DISTRICT
OF WISCONSIN

Amanda Craven

       Plaintiff-Appellant,

v.

Nancy Berryhill

       Defendant-Appellees,

NOTICE OF APPEAL

Notice is hereby given that Amanda Craven, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 7th Circuit from an order on 3/31/2019 affirming the ALJ's decision that good cause for late filing didn't exist, and an order on 4/1/2019 entering judgment in favor of the Defendant and dismissing the complaint.

*Amanda Craven*    4/25/2019

Amanda Craven

200 S. Jefferson St.

Verona, WI 53593

(815)200-6862